| Fill in this information to identify the case |
|---|
| **Debtor 1** John Christopher Tullar |
| **Debtor 2** Amanda Ann Tullar FKA Amanda Ann Cooper, FKA Amanda Ann Grow<br>**(Spouse, if filing)** |
| United States Bankruptcy Court for the: SOUTHERN District of INDIANA<br>                                                                                                                    **(State)** |
| **Case number**  19-00284 |

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges                                12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   MTGLQ Investors, LP                **Court claim no.** (if known)**:**   **23**

**Last four digits** of any number you use to        **9505**
identify the debtor's account:

**Does this notice supplement a prior notice of postpetition fees,
expenses, and charges?**

☒  No

☐  Yes. Date of the last notice: _____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount indicate that amount in parentheses after the date the amount was incurred.

|    | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | | (3) | $ |
|    |    Plan Review | 02/13/19 | | $                 200.00 |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | 04/11/19 | (5) | $                 450.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | 06/24/19, 05/29/19, 04/23/19, 04/01/19 | (7) | $                   82.50 |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. | Other. Specify: _____ | | (11) | $ |
| 12. | Other. Specify: _____ | | (12) | $ |
| 13. | Other. Specify: _____ | | (13) | $ |
| 14. | Other. Specify: _____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1   John Christopher Tullar                                           Case number (if known) 19-00284
           First Name    Middle Name    Last Name

## Part 2:  Sign Here

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

Check the appropriate box.

☐    I am the creditor.

☐    I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**x**  /s/ Sarah E. Barngrover                          Date 08/12/2019
       Signature

Print:      Sarah E. Barngrover                         Title   Attorneys for Creditor
Title       Attorneys for Creditor
Company     Manley Deas Kochalski LLC
Address     P.O. Box 165028
            Number       Street
            Columbus, OH  43216-5028
            City              State       ZIP Code

Contact phone   614-220-5611                            Email   amps@manleydeas.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on the parties listed below via e-mail notification:

U.S. Trustee, 101 W. Ohio St.. Ste. 1000, Indianapolis, IN 46204, 317-226-6101

John Morgan Hauber, Office of John M. Hauber, Chapter 13 Trustee, 320 N. Meridian St., Ste. 200, Indianapolis, IN 46204, ecfmail@hauber13.com

Joseph A. Ross, Attorney for John Christopher Tullar and Amanda Ann Tullar FKA Amanda Ann Cooper, FKA Amanda Ann Grow, 1503 West Arlington Road, Bloomington, IN 47404, rossfiling@RossLawOffice.com

and on the below listed parties by regular U.S. mail, postage prepaid on August _12_, 2019:

John Christopher Tullar and Amanda Ann Tullar FKA Amanda Ann Cooper, FKA Amanda Ann Grow, 518 North Johnson Ave, Bloomington, IN 47404

John Christopher Tullar and Amanda Ann Tullar FKA Amanda Ann Cooper, FKA Amanda Ann Grow, 518 N. Johnson Ave, Bloomington, IN 47404

/s/ Sarah E. Barngrover

19-005006_RNM